IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARICUS LEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:10-CV-770-MEF-CSC |
| | ) | |
| AMREST, LLC, d/b/a APPLEBEE'S, | ) | (WO—Do Not Publish) |
| | ) | |
| Defendant. | ) | |

## ORDER

This Court has reviewed the parties' Report of Rule 26(f) Planning Meeting filed on November 8, 2010. The parties have reported two areas of dispute as to discovery-related issues, which have yet to be resolved. Specifically, the parties have not reached an agreement on the following: (1) the maximum number of requests for production of documents; and (2) the deadline for supplementation of disclosures and responses under Federal Rule of Civil Procedure 26(e).

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the matter is hereby referred to United States Magistrate Judge Charles S. Coody to assist in the resolution of these issues of discovery, and entry of any orders or recommendations as may be appropriate.

DONE this the 9th day of November, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE